1  PHILLIP A. TALBERT
   United States Attorney
2  Robert J. Artuz
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY D. TAFT,<br><br>Defendant. | Case No. 2:17-PO-00276-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL**<br><br>Date: October 19, 2017<br>Time: 9:30 AM<br>Judge: Hon. Carolyn K. Delaney |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant GARY D. TAFT, pro se, hereby stipulate as follows:

1. By previous order, the Court scheduled this matter for a bench trial on October 19, 2017.

2. The prosecutor assigned to this case now has a conflict due to a mandatory training event on October 19, 2017.

3. By this stipulation, the parties now jointly move to continue the bench trial to October 24, 2017 at 9:30 a.m. The parties also agree that the Court can vacate the currently scheduled bench trial date of October 19, 2017.

///

///

1

Dated:  October 16, 2017

Respectfully submitted,

GARY D. TAFT
Defendant

/s/ *Gary D. Taft*

(permission by email)

Dated:  October 16, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the bench trial in this matter be continued to October 24, 2017 at 9:30 a.m.

Dated:  October 16, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE